UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CR. NO. H-18- CR-512 |
| § | |
| ADEBAYO ADEMOLA § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (FALSE USE OF A PASSPORT - 18 U.S.C. §1543)

On or about April 12, 2018, in the Houston Division of the Southern District of Texas,

**ADEBAYO ADEMOLA,**

Defendant herein, did then and there willfully and knowingly use and attempt to use a forged and/or counterfeit passport purported to be issued by the Federal Republic of Nigeria in the name of Mark Scott, to open an account at Woodforest National Bank, and the defendant knew said passport was forged, counterfeit and otherwise procured unlawfully.

In violation of Title 18, United States Code, Sections 1543 and 2.

### COUNT 2
### (FALSE USE OF A PASSPORT - 18 U.S.C. §1543)

On or about May 9, 2018, in the Houston Division of the Southern District of Texas,

**ADEBAYO ADEMOLA,**

Defendant herein, did then and there willfully and knowingly use and attempt to use a forged and/or counterfeit passport purported to be issued by the Federal Republic of Nigeria in the name of Mark Scott, to open an account at First National Bank of Texas, and the defendant knew said passport was forged, counterfeit and otherwise procured unlawfully.

In violation of Title 18, United States Code, Sections 1543 and 2.

TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney

By: _____
JAY HILEMAN
Assistant United States Attorney